UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:24-cv-23285-RKA

CITY NATIONAL BANK OF FLORIDA,

    Plaintiff

vs.

LOUISIANA APPLE, LLC. *et al.*,

    Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

Michael I. Goldberg, as Receiver for Defendants Louisiana Apple, LLC, Mountain Apple, LLC, Kentucky Apple, LLC, and Oklahoma Apple, LLC (collectively, "Defendants"), files this notice to alert the Court and parties, that, pursuant to the Order Granting Plaintiff's Second Emergency Motion for the Appointment of a Receiver [ECF No. 65], the Receiver filed Chapter 11 Bankruptcy petitions in the U.S. Bankruptcy Court for the Southern District of Florida for Defendants Louisiana Apple LLC (Bankruptcy Case No. 24-20336), Mountain Apple, LLC, (Bankruptcy Case No. 24-20340), Kentucky Apple, LLC (Bankruptcy Case No. 24-20337), and Oklahoma Apple, LLC (Bankruptcy Case No. 24-20341) on October 4, 2024.  Pursuant to 11 U.S.C. §362 the automatic stay is in effect and all pending matters in this case are therefore stayed.

This pleading serves the limited purpose of advising the Court and parties below of the aforementioned bankruptcy filings.

Date: October 4, 2024

Respectfully submitted,

By:  /s/ *Michael I. Goldberg*
Michael I. Goldberg, Receiver
Florida Bar No. 886602
michael.goldberg@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
T: (954) 463-2700 /F: (954) 463-2224

78247316;1